*MHW*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
2 - 25 - 2008
FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William H. Carr

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv1173
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW

vs.

(To be supplied by the Clerk of this Court)

#1 Officer Ryan # Badge 148160

#2 Officer Desmond # Badge 19959

#3 Officer Sandoval # Badge 7055

#4 Officer Otten # Badge 2275

#5 Officer Morales # Badge 3288     #7 Office Hill # Badge 115166

#6 Officer Almaza # Badge 10289     #8 Chicago Police Department

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

___X___    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

  A.    Name: William H. Carr

  B.    List all aliases: N/A

  C.    Prisoner identification number: #2007-003-4970

  D.    Place of present confinement: Cook County Jail

  E.    Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A.    Defendant: #1 Officer Ryan #14860

        Title: Chicago Police Officer

        Place of Employment: Chicago Police Department District #4

  B.    Defendant: #2 Officer Desmond #19959

        Title: Chicago Police Officer

        Place of Employment: Chicago Police Department District #4

  C.    Defendant: #3 Officer Sandaval #7055

        Title: Chicago Police Officer

        Place of Employment: Chicago Police Department District #4

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.  **Plaintiff(s):**

A.  Name: William H. Carr

B.  List all aliases: N/A

C.  Prisoner identification number: #2007-003-4970

D.  Place of present confinement: Cook County Jail

E.  Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: #4 Officer Otten #2773

Title: Chicago Police Officer

Place of Employment: Chicago Police Department District #4

B.  Defendant: #5 Officer Morales #3228

Title: Chicago Police Officer

Place of Employment: Chicago Police Department District #4

C.  Defendant: #6 Officer Almaza #10889

Title: Chicago Police Officer

Place of Employment: Chicago Police Department District #4

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.    **Plaintiff(s):**

   A.    Name: William H. Carr

   B.    List all aliases: N/A

   C.    Prisoner identification number: 2007-003-4970

   D.    Place of present confinement: Cook County Jail

   E.    Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.    Defendant: #7 Officer Hill #115166

         Title: Chicago Police Lock-up Officer

         Place of Employment: Chicago Police Department District #4

   B.    Defendant: #3 Chicago Police Department

         Title: Management

         Place of Employment: Chicago

   C.    Defendant: _____

         Title: _____

         Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____
_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D. List all defendants: _____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made: _____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I state and stand by the claim that on May 11, 2007 between the hours of 10:00AM and 11:00AM while I was walking towards the rear door of my house from the alley, a marked CPD squad car pulled up in the alley. Defendant #1 stopped the car and exited. Defendant #1 asked me to "come here", I shook my head "no" and continued to enter my home by the rear door. Less than a minute later, I heard sounds of pounding or kicking coming from the back door. I also heard the same sounds coming from the front area of the house. At that point I began to get scared, so I ran upstairs and hid in the closet. A minute or two later, I heard what sounded like radios as well as unfamiliar voices; it soon became apparent that the police were in my home. The Defendants #1 thru #6 must have mistaken me for someone, because they used excessive force to remove me out of the closet. I was then slammed face first to the floor. While on the floor two of the defendants had their knee in the spine of my back, while another defendant had his knee on my neck, at this point I was in unbearable pain. I was handcuffed and snatched from the floor by the handcuffs which put me in more pain. I was then dragged down a flight of stairs by one of the defendants, causing me to sustain injuries to my back, shoulders, and legs. While exiting the rear door of the

Revised 9/2007

house, two of the defendants began to assault me by punching me in both my right and left side, also my back. I was then made to stand at the rear of the squad car, that's when one of the defendants came up from behind and shoved the back of my head causing me to hit my face on the surface of the trunk. While all of this was occurring, I continuously begged and pleaded for the defendants not to kill me. I was then taken to District #4 police station, and placed in a rear cell without being booked. I complained for multiple hours to Defendant #8 (Hill #11566 lock-up officer) who ignored my many pleas for medical attention. After continuously complaing for more than 10 hours, I was finally taken to South Shore Hospital where I was treated for my injuries that I sustained at the hands of several Chicago Police Officers. Defendant #8 (Chicago Police Department) failed to adequately train these Officers about using excessive force. The Defendants have caused me undue pain, suffering, and hardship. I was totally and completely treated with deliberate indifference by the defendants. I state and stand by this claim. I have also enclosed copies of my OPS complaint, OPS status letter, and medical provisional diagnosis.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I humbly request the court to issue an order declaring each defendant to pay $125,000.00 in punitive damages and $125,000.00 each in compensatory damages or whatever insurance company that bonds them from excessive force, assault, and abuse of authority be held financially responsible to the sum of $2,000,000.00 or whatever the court feels is fair.

---

**VI.**    The plaintiff demands that the case be tried by a jury.  ☐ YES    ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___2___ day of ___13___, 20_08_

_____William H. Carr_____
(Signature of plaintiff or plaintiffs)

_____William H. CARR_____
(Print name)

_____# 2007-003-4970_____
(I.D. Number)

_____P.O. Box 089002_____
_____Chicago Il. 60608_____
(Address)

Revised 9/2007



Richard M. Daley
Mayor

**Department of Police · City of Chicago**
3510 S. Michigan Avenue · Chicago, Illinois 60653

Dana V. Starks
Interim Superintendent of Police

December 19, 2007

William CARR
#20070034970
P.O. Box 089002
Division 14, Building 3, 4th Floor
Chicago IL 60608

Dear Mr. Carr:

I received your letter regarding your complaint against a member of the Chicago Police Department under Log number 1005666. A copy of your letter has been forwarded to the Independent Police Review Authority. The IPRA formerly known as the Office of Professional Standards (OPS) is handling that investigation.

For your information the Independent Police Review Authority is located at 10 W. 35th Street, Chicago IL 60653-1020.

Sincerely,

Debra Kirby

Debra Kirby
Assistant Deputy Superintendent
Internal Affairs Division

DK/mk

C:\Documents and Settings\pclogin\My Documents\Citizen Letters\2007\WilliamCARRDec2007.doc

**SOUTH SHORE HOSPITAL**   8012 S. Cndon Ave.
Chicago, 60617
(773) 356-31

V00161074117   M000382054
CARR,WILLIAM
04/12/1972   35      M
JACOB,ABRAHAM MD

05/12/07       REG ER

## EMERGENCY DEPARTMEN
## AFTER CARE INSTRUCTION

PROVISIONAL DIAGNOSIS:

abrann @ Shoulder, elbow

Follow Up in ____ ✗ Days at:
                    PMD

☐ Please call for appointment
**Additional Instructions:**

Zate Tylenol as needed
        for pain.

Please follow the instructions below as indicated for you:

☐ Abdominal Complaint          ☐ Head Injury-Adult/Child
☐ Animal Bite                  ☐ High Blood Pressure
☐ Asthma                       ☐ Neck Strain/Sprain
☐ Back Pain                    ☐ Nosebleed
☐ Burn Care                    ☐ Otitis Media (Earache)
☐ Cast Care                    ☐ Pelvic Inflammatory Disease
☐ Chest Pain                   ☐ Seizure
☐ Cold Adult-Child             ☐ Strain, Sprain, Fracture
☐ Crutch Walking/Crutches      ☐ Threatened Miscarriage
☐ Eye Injury                   ☐ Urinary Tract Infection
☐ Fever-Child                  ☐ Venereal Disease
☐ Febrile convulsion           ☐ Vomiting/Diarrhea .. Child
☐ Headache                     ☐ Wound care/Suture after care
                               ☐ Other

You were sutured. You have _____ sutures/staples
which must be removed in _____ days.

☐ You were prescribed sedatives or pain medications that
may make you drowsy. Do not drink alcohol or operate
machinery while you are taking these medications.

X-rays do not always show injury or disease. Fractures (breaks in the
bones) are not always revealed on the initial x-rays, but may be revealed on
subsequent x-rays. **Your x-ray has been read on a preliminary basis.**
Final reading will be made by the radiologist in 24 hours. You will be
notified of any additional findings.

The examination and treatment you have received in the Emergency
Department has been given on an emergency basis only. **(Should your
condition worsen or any new symptoms develop, or should you not
recover as expected, contact your Doctor or the Doctor you were given
for follow-up care).** If you cannot contact the doctor, return to the Hospital
Emergency Department.

_____
ATURE OF PATIENT OR RESPONSIBLE PERSON

_____
OF WITNESS

_____
SIGNATURE OF PHYSICI

DATE

OFFICE OF PROFESSIONAL STANDARDS
CHICAGO POLICE DEPARTMENT

Date 12 May 07

CR / U / EO# lc# 100 5646

Citizen Interview Report

__ Complainant X Victim __ Witness (check one)    __ Telephone    X In-Person

| Name of Person Interviewed | SS#/Form of ID | Sex | Race | Date of Birth |
|---|---|---|---|---|
| William Carr | 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 | M | B | 4-12-72 |

Address

8606 S. Colfax

Telephone No.

773-734-6648

Work or Other Contact No.

Location of Incident

8606 S. Colfax

Date of Incident

11 May 07

Time of Incident

1000 ~ 1100 hours

Location of Interview

004th Dist. Police Station

Time of Interview

1430 hours

Other Person(s) present

Investigator

Wilbert Neal

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

The Victim, William Carr, stated that he could read and write the English language.

The Victim, Carr, stated that on 11 May 2007, at approximately 1000 hours, he had just arrived home and was walking to his home, when a marked squad pulled up in the alley behind his house. Carr informed the R/I that he was walking into his back door when the police arrived. According to Carr, a male white uniformed officer exited the squad car and stated "come here." Carr looked at the officer nodded his to gesture "no" and then continued inside his house through the back door. Carr described the officer as 5'10", medium build, in his 40 or 50's, wearing glasses.

Once Carr was inside the house, he heard the officer kicking on the back and radioing for

**OFFICE OF PROFESSIONAL STANDARDS**

Statement of ___Carr_____

Page __2__ of __4__
CR/U/EO LO # 1005666

back up. Carr stated that his sister, Katrina Carr and his mother Alice Cooper, were inside the house and they asked Carr what was all the noise, Carr informed his sister and mother that the police were at the back door. Carr then went to the front door and heard the officers kicking on the front door. Carr stated that he got scared, because he did not know what was going on, so went into his mother's room and hid in the closet.

While Carr was in the closet, he heard the officers enter the house. During this time, he heard the officers searching the house and one of the officers was screaming, "where are you fucker." A few minutes later a female (white or Hispanic) officer entered his mother's bedroom and found Carr inside the closet. At this time, the female officer yelled, "He's in here," and four uniformed officers entered the bedroom, grabbed Carr by the arms, pulled him out the closet and threw him face down on the floor. Two of the officers then put their knees on Carr's neck, pulled his arms behind his back, and handcuffed him. Carr informed the RIT that he could hear something going on between the officers and his mother and sister, but he was unable to see anything, because he was lying face down on the ground. Carr described the

WN

W.C.

**OFFICE OF PROFESSIONAL STANDARDS**

Statement of _Carr_

officers who put their knees on his neck as one male/white, 6'6", skinny, in his 30's, wearing glasses, Officer #1. The other officer was male/Hispanic, 5'8", medium build, in his 30's, Officer #2.

The officers then picked Carr up to his feet and escorted him to the back door. Once at the back door, the officers dragged Carr down several concrete stairs. Carr was stood to his feet and officer #1 stated, "shut the fuck up were not going to make a scene." The officers began walking Carr toward the squad car in the alley, during which time, officer #1 and Officer #2 began punching Carr on both sides of his body. When they got to the squad car, the same officers pushed Carr's face in the edge of the squad car door. The officers then took him to back of squad car and put Carr face down on the trunk. Officer #1 and officer #2 began punching Carr again on both sides of the body. Carr was then put in the squad car and taken to the police station. Once at the police station Carr was immediately taken to a back cell without being processed.

After having read this summary of _4_ pages and being provided the opportunity to make any corrections, additions or deletions, I find it to be a true and accurate summary of the interview I had with Investigator _Neal_.

Signature of Person Interviewed          Investigator's Signature          Other Person Present

x _W. C._          x _[signature]_          x

OFFICE OF PROFESSIONAL STANDARDS

Statement of ___Carr___          CR / U / EO LOG# 1000766

Carr sustained a cut above his left eye, a bruise to his right shoulder and arm and soreness to the sides of his body. Carr received medical treatment at South Shore Hospital. Carr related that he did fight or resist the officers in any manner.

Carr stated that he was not kicked on the side or struck with a baton.

After having read this summary of __4__ pages and being provided the opportunity to make any corrections, additions or deletions, I find it to be a true and accurate summary of the interview I had with Investigator ___W. Neal___.

Signature of Person Interviewed          Investigator's Signature          Other Person Present

X _William Carr_          X _____          X _____