**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** WILLIAM H. CARR

**Defendant(s):** OFFICER RYAN, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

William H. Carr
#2007-0034970
Cook County Jail
P.O. Box 089002
Chicago, IL   60608

**Defendant's Attorney:**

KC **F I L E D**

FEB 2 6 2008
2-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**

[ ] 1. U.S. Government Plaintiff

[✓] 3. Federal Question
(U.S. gov't. not a party)

[ ] 2. U.S. Government Defendant

[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

08cv1173
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW

**Origin:**

[✓] 1. Original Proceeding

[ ] 5. Transferred From Other District

[ ] 2. Removed From State Court

[ ] 6. MultiDistrict Litigation

[ ] 3. Remanded From Appellate Court

[ ] 7. Appeal to District Judge from
Magistrate Judgment

[ ] 4. Reinstated or Reopened

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes   [✓] No

**Signature:** *A. E. Woodham*   **Date:** 02/25/2008