MHK

**FILED**

FEB 2 5 2008 aw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) William H. Carr                               )
                                                           )   Case Number: _____
                                                           )
                              V.
Defendant(s) #1 Officer Ryan #14860   #6 Officer Almaza #10289  )   Judge: _____
#2 Officer Desmond #19959  #7 Officer Hill #11566 )
#3 Officer Sandoval #7055   #8 Chicago Police Dept. )
#4 Officer Otten #2773                                     )
#5 Officer Morales #3228

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, William H. Carr _____, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   08cv1173
   JUDGE DER-YEGHIAYAN
   MAGISTRATE JUDGE DENLOW

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

William H Carr                              P.O. Box 089002
Movant's Signature                          Street Address

2/13/08                                     Chicago IL 60608
Date                                        City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |