08cv1173
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW

MHW

**FILED**

FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Whom it may concern I've no access to a copy machine could you please! get me necessary copies thats needed for the judge clerk and defendants and charge me for them thank you very much

William H. Carr
2070034970