# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1173 | **DATE** | 4/3/2008 |
| **CASE TITLE** |  | William H. Carr (#2007-0034970) vs. Officer Ryan, et al. | |

**DOCKET ENTRY TEXT**

On March 12, 2008, we denied Plaintiff William H. Carr's ("Carr") motion for leave to proceed *in forma pauperis*. We also gave Carr until April 1, 2008, to either pay the filing fee in this case or file an accurately and properly completed *in forma pauperis* application form. In addition, we warned Carr that failure to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 1, 2008, would result in the dismissal of the instant action. The deadline has passed and Carr has not paid the filing fee or filed an *in forma pauperis* application form as required. Therefore, we dismiss the instant action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|